DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

In the Matter of ELISSA KANE et al., Appellants, v JOHN MARSOLAIS, as Albany City Clerk, et al., Respondents.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

JASON SEYMOUR et al., Appellants, v JULIE HOLCOMB, as City Clerk of the City of Ithaca, et al., Respondents.

Submitted May 8, 2006; decided June 6, 2006

Motion by Pastor Gregory A. Wilk et al. for leave to file a brief amici curiae on the appeals herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.